> **Motion DENIED.**
> This the 21st day of April, 2015.
> /s/Louise W. Flanagan, U.S. District Judge

FILED
APR 02 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

5:04-CR-244-FL

Dear Clerk of Courts

Hello my name is Ronnie Barrett. I am currently being held at F.C.I. Butner II, in Butner NC. I am writing concerning two very pressing matters. One my release date is wrong. I was sentenced to six months for violating supervised release. I was arrested on Oct 1st 2014. I was sentenced on Dec 11 2014, which should have my date of release on April 7th this year. I was under the impression that my time was started from the day of my arrest. It was known by my lawyer and probation officers. I have went to the record department here and was told that my jail credit started Nov 1st 2014 a full month after being detained.

My other matter is my fine in which was imposed on me at my sentencing. I ordered to pay the remainder of a $3400 fine in which I have paid close to $1700. I am asking the courts to relieved of the fine in whole due to not having a secured place to stay or any direct line of employment and clothing in my upcoming release. The only source of income I have is my tax returns to cover these situations I am facing.

This is an upmost important issue with me that I have money to secure my basic need.

Thank You
Ronnie Barrett